

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2014

No. 04-14-00110-CV

Mary **MOCZYGEMBA,**
Appellant

v.

Thomas J. **MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On April 1, 2014, this court ordered this case referred to a mediated settlement conference and suspended all appellate deadlines until April 29, 2014. On April 28, 2014, the mediator notified this court that the case was mediated but the parties did not settle.

Accordingly, this case is ORDERED reinstated on the court's docket and appellant's brief is due to be filed with this court no later than May 29, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2014.

_____
Keith E. Hottle
Clerk of Court